UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '09 JUN 15 10:31 USDC-ORP

**MITCHELL SAWYER**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

    Defendant.

CV 05-1590-MO
CA NO. 07-35078

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$7499.99**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; and mailed to Plaintiff's attorney, Merrill Schneider, at the following address:

SCHNEIDER LAW OFFICES
P.O. Box 16310
Portland, OR 97292-0310

DATED this 12 day of June, 2009.

/s/ Michael W. Mosman
HON. MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472